No. 286. MAHER *v.* ELLSWORTH ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.

No. 287. RESERVE LIFE INSURANCE Co. *v.* MARR, EXECUTOR. C. A. 9th Cir. Certiorari denied. *Laidler B. Mackall* for petitioner. *Fielding H. Ficklen* for respondent.

No. 289. MARON, EXECUTOR, *v.* ROGERS, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harry W. Blair, Newell Blair* and *Hermine Herta Meyer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls* and *Irwin A. Seibel* for respondent.

No. 301. FLYNN *v.* TENNESSEE. Supreme Court of Tennessee, Middle Division. Certiorari denied. *W. E. Hendrix* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *James M. Glasgow,* Assistant Attorney General, for respondent.

No. 302. MATTHEWS, ADMINISTRATRIX, *v.* MATTHEWS, ADMINISTRATOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Theodore A. Brown* and *M. Wilhelmina Jackson* for petitioner. *William S. Thompson* for respondent.